Jeffrey L. Steinfeld (SBN: 294848)
JLSteinfeld@winston.com
John E. Schreiber (SBN: 261558)
JSchreiber@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendants*
*Match Group, Inc., Bernard Kim,*
*and Gary Swidler*

Laurence M. Rosen (SBN: 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SÉBASTIEN MESLAGE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case 2:24-cv-10153-MEMF-PVC**<br><br>**STIPULATION VACATING RESPONSE DATES AND SETTING COORDINATED BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Courtroom 8B<br><br>Action Filed: November 25, 2024 |

WHEREAS, on November 25, 2024, Plaintiff Sébastien Meslage ("Plaintiff") commenced the above-captioned action against Defendants Match Group, Inc. ("Match"), Bernard Kim, and Gary Swidler (collectively, "Defendants");

WHEREAS, this action is governed by the procedures set forth in the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S. Code § 78u-4, *et seq.*, including the procedures for appointment of a lead plaintiff and lead counsel, and an automatic stay of discovery pending any motion(s) to dismiss;

WHEREAS, the PSLRA's requirements include that plaintiff publish "in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class of the pendency of the action … and that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class" 15 U.S. Code § 78u-4(a)(3)(A)(i);

WHEREAS, motions and opening briefs for appointment of lead plaintiff and approval of lead counsel were filed on or before January 24, 2025 (*see* Dkts. 11, 15, and 18);

WHEREAS, the Court set the hearing on the lead plaintiff motions for June 5, 2025 (*see* Dkt. 19);

WHEREAS, lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly, it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and it is anticipated that the court-appointed lead plaintiff may file an amended complaint or a consolidated complaint, superseding any previously filed complaint(s) filed herein;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S. Code § 78u-4(b)(3)(B);

WHEREAS, undersigned counsel for Defendants hereby accepts and waives service of process on behalf of each of the Defendants, without waiving any defenses other than sufficiency of service;

WHEREAS, no party has previously requested or received an extension of time and the Parties do not seek an extension for the purpose of delay; and

WHEREAS, the Parties agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendants should not be required to answer, move, or otherwise respond to the existing Complaint until after: (i) the Court has appointed a lead plaintiff and lead counsel for this action; (ii) the lead plaintiff has filed an amended or consolidated complaint or designated an operative complaint; and (iii) the Court has entered a briefing schedule as contemplated by this Stipulation, or as otherwise specified. *See* Ann. Manual Complex Lit. § 31.4 (4th ed.) ("Immediately after assignment of the litigation, the judge should consider entering an order suspending the time for all defendants to respond to the complaint in cases where a motion to consolidate is pending or a lead plaintiff has not been selected, as the initial complaint is likely to be amended.").

**NOW, THEREFORE**, the Parties stipulate and agree, subject to the Order of the Court, that:

1. Defendants' current response date(s) are vacated.

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto.

3. Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

4. By entering into this stipulation, Defendants accept service of process in this action and expressly reserve all of their respective rights, claims and defenses, other than a defense to the sufficiency of service.

5. The Parties expressly maintain (and do not waive) all rights, remedies, claims, and/or defenses other than a defense to the sufficiency of service.

6. This stipulation is entered into without prejudice to any party seeking any interim relief.

**IT IS SO STIPULATED.**

Dated: January 31, 2025

WINSTON & STRAWN LLP

By: _____
    Jeffrey L. Steinfeld

*Attorneys for Defendants*
*Match Group, Inc., Bernard Kim,*
*and Gary Swidler*

Dated: January 31, 2025

THE ROSEN LAW FIRM, P.A.

By: /s/ Laurence M. Rosen
    Laurence M. Rosen

*Attorneys for Plaintiff*

## ATTESTATION

I, Jeffrey L. Steinfeld, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 31, 2025                    By: _____
                                                 Jeffrey L. Steinfeld

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 31, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 31, 2025, at Los Angeles, California.

                                            By: _____
                                                 Jeffrey L. Steinfeld

STIPULATION VACATING RESPONSE DATES AND SETTING COORDINATED BRIEFING SCHEDULE

4                                           CASE NO. 2:24-cv-10153