**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Divitiae Creatio Pty Ltd*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SÉBASTIEN MESLAGE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>Defendants. | No.: 2:24-cv-10153-MEMF-PVC<br><br>**NOTICE OF NON-OPPOSITION OF DIVITIAE CREATIO PTY LTD TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Date: March 6, 2025<br>Time: 10:00 a.m.<br>Courtroom #8B |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND
THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Divitiae Creatio Pty Ltd ("Movant"), respectfully does not oppose the competing motions for appointment as lead plaintiff and approval of selection of counsel in the above-captioned action (the "Action"). On January 24, 2025, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that it suffered approximately $51,934.75 pursuant to Section 21D of the Securities Exchange Act of 1934 ("Exchange Act") in financial losses in connection with its purchase of Match Group, Inc. ("Match Group" or the "Company") securities between May 2, 2023 and November 6, 2024, inclusive (the "Class Period"). Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, it does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, its right to share in any recovery obtained for the benefit of the class, nor its ability to serve as lead plaintiff should the need arise.

*[Signature on following page]*

Dated: January 31, 2025                Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Counsel for Divitiae Creatio Pty Ltd*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

*/s/ Adam M. Apton*
Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On January 31, 2025, I electronically filed the following **NOTICE OF NON-OPPOSITION OF DIVITIAE CREATIO PTY LTD TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 31, 2025.

/s/ *Adam M. Apton*
Adam M. Apton