# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SÉBASTIEN MESLAGE, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>                    Defendants. | **CLASS ACTION**<br><br>**Case 2:24-cv-10153-MEMF-PVC**<br><br>**ORDER VACATING RESPONSE DATES AND SETTING COORDINATED BRIEFING SCHEDULE**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Courtroom 8B<br><br>Action Filed: November 25, 2024 |

Having reviewed the Parties' Stipulation Vacating Response Dates and Setting Coordinated Briefing Schedule, and good cause appearing, therefor, IT IS HEREBY ORDERED THAT:

1. Defendants' current response date(s) are vacated.

2. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto.

3. Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

4. Nothing herein shall limit any party from seeking interim relief.

**IT IS SO ORDERED.**

Dated:  February 12, 2025

_____

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

ORDER VACATING RESPONSE DATES AND SETTING COORDINATED BRIEFING SCHEDULE

1                    CASE NO. 2:24-cv-10153