UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SÉBASTIEN MESLAGE, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>             Defendants. | Case No. 2:24-cv-10153-MEMF-PVC<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR REMOTE APPEARANCE [ECF NO. 32]** |

On May 30, 2025, counsel for Lead Plaintiff Movant Evan Weisz filed a Request for Remote Appearance at the hearing scheduled for June 5, 2025 at 10:00 a.m. before this Court (the "Hearing") to consider Mr. Weisz's unopposed motion for appointment as Lead Plaintiff and approval of Pomerantz LLP as Lead Counsel (the "Request") (ECF No. 32).

The Court, having considered the Request and finding good cause therefore, hereby GRANTS the Request and ORDERS as follows:

1.    Thomas H. Przybylowski, counsel of record for Mr. Weisz in this case, shall be permitted to appear at the Hearing remotely using the Zoom instructions found on the Court's website, by telephone, or other remote means as the Court sees fit.

SO ORDERED.

Dated: _____
      Los Angeles, California

_____
HONORABLE EWUSI-MENSAH
FRIMPONG
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA