POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Movant Evan Weisz and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SÉBASTIEN MESLAGE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>Defendants. | Case No. 2:24-cv-10153-MEMF-PVC<br><br>**DECLARATION OF THOMAS H. PRZYBYLOWSKI** |

I, Thomas H. Przybylowski, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Evan Weisz ("Weisz"), and have personal knowledge of the facts set forth herein.

2.      On June 5, 2025, this Court entered an Order (the "Lead Plaintiff Order"), *inter alia*, finding Weisz to be the presumptive lead plaintiff in the above-captioned action (the "Action") and directing Pomerantz to publish a notice advising members of the putative class (the "Class") in the Action of "[t]he fact that the Court has found Weisz to be the presumptive lead plaintiff" and "[t]he 30-day deadline (from the date of the Notice) for any challenge to this finding."  Dkt. No. 35.

3.      On June 6, 2025, Pomerantz caused to be published a notice (the "Updated Notice") via *ACCESS Newswire*, a widely circulated national business-oriented wire service, duly advising members of the Class of the Lead Plaintiff Order and their right to challenge Weisz's status as presumptive lead plaintiff in the Action on or before July 7, 2025.

4.      Attached hereto as Exhibit A is a true and correct copy of the Updated Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 11, 2025.

/s/ Thomas H. Przybylowski
Thomas H. Przybylowski

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice of

this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice

of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti