UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

Case No.   **2:24-cv-10153-MEMF-PVCx**                                    Date   **June 5, 2025**

Title   **Sebastien Meslage v. Match Group, Inc. et al.**                        Page   **1 of 1**

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
                          UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Justin S. Nematzadeh (video) | Jeffrey L. Steinfield |
| Thomas Przybylowski (video) | |

**Proceedings:  MOTIONS FOR APPOINTMENT OF COUNSEL [11], [15], [18]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.