POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Movant Evan Weisz and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SÉBASTIEN MESLAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., BERNARD KIM, and GARY SWIDLER,<br><br>Defendants. | Case No. 2:24-cv-10153-MEMF-PVC<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>JUDGE: Maame Ewusi-Mensah Frimpong<br><br>CTRM: 8B (1st Street Courthouse) |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On June 5, 2025, this Court entered an Order (the "Lead Plaintiff Order"), *inter alia*, finding Lead Plaintiff Movant Evan Weisz to be the presumptive lead plaintiff in the above-captioned action (the "Action") and directing Pomerantz LLP ("Pomerantz") to publish a notice advising members of the putative class (the "Class") in the Action of "[t]he fact that the Court has found Weisz to be the presumptive lead plaintiff" and "[t]he 30-day deadline (from the date of the Notice) for any challenge to this finding." Dkt. No. 35.

On June 6, 2025, Pomerantz caused to be published a notice (the "Updated Notice") via *ACCESS Newswire*, a widely circulated national business-oriented wire service, duly advising members of the Class of the Lead Plaintiff Order and their right to challenge Mr. Weisz's status as presumptive lead plaintiff in the Action on or before July 7, 2025—*i.e.*, within 30 days of the date of publication of the Updated Notice.  On June 11, 2025, Mr. Weisz filed a copy of the Updated Notice with this Court.  *See* Dkt. No. 36-1.

As no member of the Class has filed a motion or otherwise challenged Mr. Weisz's status as presumptive lead plaintiff prior to the deadline of July 7, 2025, Mr. Weisz respectively submits that his motion remains unopposed and that the statutory presumption that he is the presumptive lead plaintiff in this Action remains unrebutted.

Accordingly, for the foregoing reasons and for the reasons set forth in his motion brief (*see generally* Dkt. No. 18-1), Mr. Weisz respectfully requests that the Court enter

an Order appointing him as lead plaintiff and approving his selection of Pomerantz as lead counsel and Nematzadeh PLLC as additional counsel for the Class in this Action.

Dated:  July 8, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

POMERANTZ LLP
Thomas H. Przybylowski (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Evan Weisz and*
*Proposed Lead Counsel for the Class*

NEMATZADEH PLLC
Justin S. Nematzadeh, Esq. (*pro hac vice*)
101 Avenue of the Americas, Suite 909
New York, NY 10013
Telephone: (646) 799-6729
Jsn@nematlawyers.com

*Additional Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti