Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:   (310) 405-7190
Facsimile:    (917) 463-1044

*Lead Counsel for Lead Plaintiff and the Class*

Jeffrey L. Steinfeld (SBN: 294848)
JLSteinfeld@winston.com
John E. Schreiber (SBN: 261558)
JSchreiber@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

*Attorneys for Defendants*
*Match Group, Inc., Bernard Kim,*
*and Gary Swidler*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATCH GROUP, INC. SECURITIES LITIGATION | Case No. 2:24-cv-10153-MEMF-PVC <br><br> CLASS ACTION <br><br> **STIPULATION REGARDING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Courtroom 8B (1st Street Courthouse) <br><br> Action Filed: November 25, 2024 |

Lead Plaintiff Evan Weisz ("Lead Plaintiff") and Defendants Match Group, Inc. ("Match Group"), Bernard Kim, and Gary Swidler (collectively, "Defendants", and together with Lead Plaintiff, the "Parties"), hereby submit this stipulation.

## RECITALS

**WHEREAS**, November 25, 2024, Plaintiff Sébastien Meslage commenced the above-captioned action against Defendants (ECF No. 1);

**WHEREAS**, this action is governed by the procedures set forth in the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S. Code § 78u-4, *et seq.*, including the procedures for appointment of a lead plaintiff and lead counsel, and an automatic stay of discovery pending any motion(s) to dismiss;

**WHEREAS**, on February 12, 2025, the Court issued an Order providing that: (i) Defendants' then-current response date(s) are vacated; (ii) within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response thereto; and (iii) Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule (ECF No. 25);

**WHEREAS**, on July 24, 2025, the Court issued its Order appointing Evan Weisz as the lead plaintiff and approving his selection of lead counsel (ECF No. 39);

**WHEREAS**, counsel for Lead Plaintiff and counsel for Defendants conferred regarding a schedule for filing of an amended complaint and any motions to dismiss that complaint and any related briefing, for the purpose of ensuring that the action proceeds in an efficient and orderly manner;

1

STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. 2:24-cv-10153-MEMF-PVC

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the Order of this Court, that:

1. Lead Plaintiff will file an amended complaint on or before September 22, 2025.

2. Defendants will answer, move to dismiss, or otherwise respond to the then-operative complaint on or before November 21, 2025.

3. If any of the Defendants file any motion(s) in response to the then-operative complaint, Lead Plaintiff shall file his brief(s) in opposition to any such motion(s) on or before January 20, 2026.

4. Defendants shall file any reply in further support of such motion(s) on or before March 9, 2026.

5. This Stipulation is entered without prejudice to any party seeking or opposing any interim relief, and the Parties reserve all of their respective rights. Neither Lead Plaintiff nor Defendants waive their rights to seek or oppose from each other or the Court additional adjournments or extensions of the above deadlines.

6. This stipulation may be executed in counterpart and may be executed by way of facsimile or electronic signature, and if so, shall be considered an original.

**IT IS SO STIPULATED.**

STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. 2:24-cv-10153-MEMF-PVC

Dated August 7, 2025                    WINSTON & STRAWN LLP


By: s/ *Jeffrey L. Steinfeld*
       Jeffrey L. Steinfeld
       John E. Schreiber
       *Attorneys for Defendants Match Group, Inc., Bernard Kim, and Gary Swindler*


POMERANTZ LLP

By:  s/ *Michael J. Wernke*
       Michael J. Wernke (*pro hac vice*)
       600 Third Avenue, 20th Fl.
       New York NY 10016
       Telephone: (212) 661-1100
       Facsimile: (917) 463-1044
       Email: mjwernke@pomlaw.com

       POMERANTZ LLP
       Jennifer Pafiti (SBN 282790)
       1100 Glendon Avenue, 15th Fl.
       Los Angeles, CA 90024
       Telephone: (310) 405-7190
       Facsimile: (917) 463-1044
       Email:  jpafiti@pomlaw.com

       *Lead Counsel for Lead Plaintiff and the Class*

3
STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. 2:24-cv-10153-MEMF-PVC

NEMATZADEH PLLC
Justin S. Nematzadeh (*pro hac vice*)
101 Avenue of the Americas
Suite 909
New York, NY 10013
Telephone: (646) 799-6729
Jsn@nematlawyers.com

*Additional Counsel for Lead Plaintiff*

STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. 2:24-cv-10153-MEMF-PVC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  August 7, 2025                    POMERANTZ LLP

By: */s/  Michael J. Wernke*
Michael J. Wernke

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael J. Wernke*
Michael J. Wernke

STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. 2:24-cv-10153-MEMF-PVC