**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MATCH GROUP, INC. SECURITIES LITIGATION | Case No. 2:24-cv-10153-MEMF-PVC <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING STIPULATION REGARDING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE (ECF NO. 42)** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Courtroom 8B (1st Street Courthouse) <br><br> Action Filed: November 25, 2024 |

Having reviewed the Parties' Stipulation Regarding Amended Complaint and Briefing Schedule, and good cause appearing, therefor, IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff will file an amended complaint on or before September 22, 2025.

2. Defendants will answer, move to dismiss, or otherwise respond to the then-operative complaint on or before November 21, 2025.

3. If any of the Defendants file any motion(s) in response to the then-operative complaint, Lead Plaintiff shall file his brief(s) in opposition to any such motion(s) on or before January 20, 2026.

4. Defendants shall file any reply in further support of such motion(s) on or before March 9, 2026.

5. Nothing herein shall limit any party from seeking interim relief or opposing any interim relief, and the Parties reserve all of their respective rights.

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____

Hon. Maame Ewusi-Mensah Frimpong

United States District Judge